No. 16. UNITED STATES *v.* CALTEX (PHILIPPINES), INC. ET AL., *ante,* p. 149;

No. 419. UNITED BRICK & CLAY WORKERS OF AMERICA ET AL. *v.* DEENA ARTWARE, INC., *ante,* p. 897;

No. 219, Misc. ELLIS *v.* HEINZE, WARDEN, *ante,* p. 894; and

No. 486, Misc., October Term, 1951. LAWRENCE *v.* UNITED STATES, 343 U. S. 981. Petitions for rehearing denied.

JANUARY 19, 1953.

No. 429. LIONSHEAD LAKE, INC. *v.* TOWNSHIP OF WAYNE. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Albert L. Reeves, Jr.* and *William D. Donnelly* for appellant. *James J. Langan* and *Fred G. Stickel, III* for appellee.

No. 10, Original. ARIZONA *v.* CALIFORNIA ET AL. The motion for leave to file the complaint is granted and process is ordered to issue returnable within 60 days. The motion of the United States for leave to intervene is granted. *Fred O. Wilson,* Attorney General of Arizona, *Alexander B. Baker,* Chief Assistant Attorney General, *John H. Moeur, Burr Sutter* and *Perry M. Ling* for complainant. *Edmund G. Brown,* Attorney General of California, *Arvin B. Shaw, Jr.,* Assistant Attorney